**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOEL ROSARIO,

                Plaintiff,

-against-                               24 **CIVIL** 4511 (VSB)

                                                **JUDGMENT**

MARPER TERMINAL SERVICES CORP., et al.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 18, 2025, the proposed Settlement Agreement to be fair and reasonable. Accordingly, the Settlement Agreement is APPROVED. This action is DISMISSED with prejudice pursuant to Fed. R. Civ. P. 41(a) and the court retain jurisdiction solely for the purpose of enforcing the Settlement Agreement.

**Dated:** New York, New York

      September 19, 2025

                                                     **TAMMI M. HELLWIG**
                                                       **Clerk of Court**

                           **BY:** _____
                                                 **Deputy Clerk**